```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 40505
    KATHRYN GATES
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-5991


-------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 11/01/2004 and was confirmed 01/27/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 04/21/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
-------------------------------------------------------------------------------
DRIVE FINANCIAL SERVICES  SECURED            8000.00         862.47       8000.00
DRIVE FINANCIAL SERVICES  UNSECURED          3917.62            .00        391.76
AMERICASH                 UNSECURED         NOT FILED           .00            .00
CAPITAL ONE BANK          UNSECURED         NOT FILED           .00            .00
CASH ADVANCE USA          UNSECURED         NOT FILED           .00            .00
CONSUMER PORTFOLIO SERV   UNSECURED          4363.67            .00        436.37
HOUSEHOLD BANK            UNSECURED         NOT FILED           .00            .00
ILLINOIS DEPT OF REVENUE  UNSECURED          1206.55            .00        120.66
JEFFERSON CAPITAL SYSTEM  UNSECURED         NOT FILED           .00            .00
LAWRENCE FRIEDMAN         UNSECURED         NOT FILED           .00            .00
NATIONAL ASSET MANAGEMEN  UNSECURED         NOT FILED           .00            .00
CFG LOAN COMPANY          FILED LATE         1435.20            .00            .00
PDL                       UNSECURED           359.56            .00         35.96
QUICK PAYDAY LOANS        UNSECURED           440.00            .00         44.00
ILLINOIS DEPT OF REVENUE  PRIORITY           2180.48            .00       2180.48
ROBERT J SEMRAD & ASSOC   REIMBURSEMENT       205.20            .00        205.20
MERCURY FINANCE CO/CPS    NOTICE ONLY       NOT FILED           .00            .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY        2,200.00                     2,200.00
TOM VAUGHN                TRUSTEE                                           859.57
DEBTOR REFUND             REFUND                                            152.18

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE            15,488.65

PRIORITY                                    2,385.68
SECURED                                     8,000.00
     INTEREST                                 862.47
UNSECURED                                   1,028.75
ADMINISTRATIVE                              2,200.00

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 40505 KATHRYN GATES
```

```
TRUSTEE COMPENSATION                                          859.57
DEBTOR REFUND                                                 152.18
                                     ----------------   ----------------
TOTALS                                    15,488.65           15,488.65
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 07/29/08                     /s/ Tom Vaughn
                                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE